76968. N. C. CONSTRUCTION COMPANY v. ACTION
MOBILPLATFORM, INC.
(370 SE2d 800)

BANKE, Presiding Judge.

A default judgment was entered against the appellant in this case on March 5, 1987, based on a determination that its answer was not legally sufficient. The present appeal is from an order dated November 11, 1987, denying the appellant's "Motion for Reconsideration or in the Alternative . . . To Dismiss a Void Judgment." *Held*:

It is well settled that neither a motion for reconsideration of a final judgment nor a motion to set aside a final judgment extends the time for filing a notice of appeal. See, e.g., *Austin v. Carter*, 248 Ga. 775, 776 (1) (285 SE2d 542) (1982). While the denial of a motion to set aside may be considered appealable in its own right where the motion is filed pursuant to OCGA § 9-11-60 (d), the right of appeal is conditioned, under such circumstances, upon compliance with the application procedures set forth in OCGA § 5-6-35. No application for appeal having been filed in the present case, it follows that the appeal must be dismissed for lack of jurisdiction.

*Appeal dismissed. Birdsong, C. J., and Beasley, J., concur.*

DECIDED JUNE 10, 1988.

Charles O. Jones, *pro se.*
M. David Harrison, J. Ben Moore, for appellee.